# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LEON DUBBELDEE, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiffs, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-2130 (JNE/JGL) |
| | ) | Date: 5/18/05 |
| DAKOTA, MINNESOTA & EASTERN | ) | Court Reporter: N/A |
| RAILROAD CORPORATION, | ) | Time Commenced: 1:30 P.M. |
| | ) | Time Concluded: 2:30 P.M. |
| Defendant. | ) | Time in Court: 1 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Kevin Green

Defendant: Brian Donahoe

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge